J. H. GUNBY *et al.* v. J. C. CULVER, *as Receiver, etc.*

**No. 13,006.**   (71 Pac. 1127.)

Error from Wilson district court; L. STILLWELL, judge. Opinion filed March 7, 1903.   Affirmed.

*G. H. Lamb,* and *J. B. F. Oates,* for plaintiffs in error.
*Kirkpatrick & Holmes,* for defendant in error.

*Per Curiam:* The principal point in this case is whether the advancement of money and the taking up of a note constituted a payment and extinguishment of the note or a purchase of the same.   The testimony tended to show that

50—66 KAN.

the parties interested regarded the transaction as a purchase, and there were a number of circumstances supporting that theory. It was a question of fact submitted for the determination of the trial court, and its general·finding appears to be sustained by sufficient evidence. The pleadings warranted the proof offered and the objection to the testimony is not deemed to be material.

The judgment is affirmed.